

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOMAS GABRIEL CALEL and CARLOS GEOVANY PONCIO ZARATE, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

        Plaintiffs,

    -against-

SITE 25 RESTAURANT CONCEPTS, LLC d/b/a WEI WEST, et al.,

        Defendants.

21-CV-8692 (AJN) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On February 23, 2022, defendant Site 25 Restaurant Concepts, LLC d/b/a Wei West (Site 25) filed a suggestion of bankruptcy in this action. (Dkt. No. 31.) Pursuant to 11 U.S.C. § 362, this action is therefore automatically stayed as against Site 25. That same day, counsel for both defendants filed a letter-motion (Dkt. No. 32), seeking a stay of the action as to the non-debtor defendant, Alan Phillips, on the basis that an automatic stay can apply to non-debtors when the claim "will have an immediate adverse economic consequence for the debtor's estate." *Queenie, Ltd. v. Nygard Int'l*, 321 F.3d 282, 287 (2d Cir. 2003). Plaintiffs' counsel did not respond to the letter-motion, which is thus unopposed.

    It is hereby ORDERED that this action is STAYED. **No later than May 31, 2022, and every 3 months thereafter (***e.g.***, August 31, 2022, November 30, 2022, February 28, 2023, etc.)**, defendants shall file a letter apprising the Court of the status of the bankruptcy and whether the stay as against both defendants should be maintained.

2

Dated: New York, New York
March 1, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**