USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2022

**MORRISON TENENBAUM**

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

April 1, 2022

**VIA ECF**
Honorable Barbara C. Moses
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Calel, et al. v. Site 25 Restaurant Concepts LLC, et al
No. 21-cv-08692 (AJN) (BCM), (S.D.N.Y.)

Dear Judge Moses:

We are counsel for the defendants Site 25 Restaurant Concepts LLC d/b/a Wei West ("Site 25") and Alan Phillips. I write to respectfully request an adjournment of the in person conference scheduled for April 18, 2022 at 11:00 a.m. Plaintiffs consent to the requested adjournment.

This is the first request for an adjournment of the conference. The Court previously adjourned the conference from April 6, 2022, without request of the parties. The reason for the request is that I will be away from New York on the date of the conference.

I have conferred with Plaintiffs' counsel, and we are both available on April 20 and April 21.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

/s/ Joshua S. Androphy
Joshua S. Androphy, Esq.

All counsel (VIA ECF)

Application GRANTED. The conference is hereby ADJOURNED to **April 20, 2022, at 12:00 noon**. SO ORDERED.

Barbara Moses
United States Magistrate Judge
April 5, 2022