USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
TOMAS GABRIEL CALEL and CARLOS : 
GEOVANY PONCIO ZARATE, *on behalf of* :
*themselves and the FLSA collective plaintiffs*, :
: 21-CV-8692 (VEC)
Plaintiff, :
-against- : ORDER
:
SITE 25 RESTAURANT CONCEPTS, LLC, :
and ALAN PHILLIPS, :
:
Defendants. :
------------------------------------------------------------ X

     By separate Order being entered today, this case is being referred to the assigned Magistrate Judge for general pretrial management, decisions on all non-dispositive matters (including the pending motion for collective certification under FLSA), and for the preparation of reports and recommendations on all dispositive matters. To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.

     If all the parties consent to proceed before the Magistrate Judge, counsel must, by no later than **Friday, May 6, 2022**, email directly a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge) to judgments@nysd.uscourts.gov. If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before me. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit, as it would be if the consent form were not signed and so ordered.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, by no later than **Friday, May 6, 2022**, advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** The parties are free to withhold consent without negative consequences.

**SO ORDERED.**

Date: April 21, 2022
New York, NY

**VALERIE CAPRONI**
**United States District Judge**