# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

May 31, 2022

**VIA ECF**
Honorable Barbara C. Moses
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re: Calel, et al. v. Site 25 Restaurant Concepts LLC, et al**
      **No. 21-cv-08692 (AJN) (BCM), (S.D.N.Y.)**

Dear Judge Moses:

We are counsel for the defendants Site 25 Restaurant Concepts LLC d/b/a Wei West ("Site 25") and Alan Phillips. We write in accordance with the Court's direction in its March 1, 2022 order (Dkt. No. 34), to provide an update as to Site 25's bankruptcy.[1]

Site 25's bankruptcy remains active.

We thank Your Honor for your attention to this matter.

                                                       Respectfully submitted,

                                                       /s/ Joshua S. Androphy
                                                        Joshua S. Androphy, Esq.

All counsel (VIA ECF)

---

[1] At the time of the Court's order the Court had entered a stay against all defendants. (Dkt. No. 34) The Court subsequently lifted the stay as to non-debtor defendant Alan Phillips. (Dkt. No. 46) We assume that the Court still wants counsel to provide quarterly updates as to the status of Site 25's bankruptcy and will continue to do so until directed otherwise.