UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



THOMAS GABRIEL CALEL and
GEOVANY PONCIO ZARATE, *on behalf of
themselves, FLSA Collective Plaintiffs, and
the Class*,

        Plaintiffs,

    -against-

SITE 25 RESTAURANT CONCEPTS, LLC
d/b/a WEI WEST, et al.,

        Defendants.

21-CV-8692 (VEC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court is in receipt of plaintiffs' letter dated July 19, 2022 (Dkt. 54), which attaches

nine exhibits and requests that the Court "consider the supplemental documentation recently

produced through discovery" in further support of their pending motion for conditional collective

certification. (Dkt. 25.) The Court accepts the letter as a supplemental brief in support of the

collective certification motion. Defendant may respond to the supplemental filing no later than

**August 3, 2022**. There shall be no further supplemental papers in support of or in opposition to

the collective certification motion.

Dated: New York, New York
      July 20, 2022

                **SO ORDERED**.

                _____
                **BARBARA MOSES**
                **United States Magistrate Judge**