USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2022

# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1583
tenzin@leelitigation.com

August 15, 2022

**MEMO ENDORSED**

**Via ECF**
The Honorable Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 740
New York, NY 10007

      Re:    *Calel, et al. v. Site 25 Restaurant Concepts LLC, et al*
            Case No.: 1:21-cv-08692 (AJN) (BCM)

Dear Judge Moses:

      We are counsel to Plaintiffs in the above-reference case. We write today jointly, with counsel for Defendants, to respectfully request an adjournment of the 11:00 a.m., August 22, 2022, Status Conference.

      This is the parties first request for an adjournment, and third request for an extension or adjournment. The first request for extension was granted in part. [Dkt. Nos. 57-58]. The second request for extension was granted. [Dkt. Nos. 59-60].

      The parties respectfully request an adjournment of the Status Conference as the parties are preparing for a private mediation with Mr. Theodore Cheng, Esq., on the next day, August 23, 2022, and believe a Status Conference would be better suited once the Mediation is resolved.

      The parties would propose, as alternative Conference dates:

- Friday, September 9, 2022; or
- Monday, September 19, 2022.

      We thank Your Honor for considering this matter.

Respectfully submitted,

/s/ Tenzin Tashi
Tenzin Tashi, Esq.

cc: all parties via ECF

---

Application GRANTED. The conference scheduled for August 22, 2022, is hereby ADJOURNED to **September 20, 2022, at 10:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
August 15, 2022