UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMAS GABRIEL CALEL, and CARLOS GEOVANY PONCIO ZARATE, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,<br><br>Plaintiffs,<br><br>-v-<br><br>SITE 25 RESTAURANT CONCEPTS, LLC d/b/a WEI WEST,<br>and ALAN PHILLIPS,<br><br>Defendants. | Case No.: 1:21-cv-08692 (VEC)(BCM)<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated August 23, 2022, and annexed hereto as **Exhibit A**.

Dated: August 29, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2022, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Joshua S. Androphy, Esq.
Lawrence Figowe Morrison. Esq.
Morris Tenebaum, PLLC
87 Walker Street, Floor 2
New York, NY 10013
*Attorneys for Defendants*

By: _____
C.K. Lee, Esq.