**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOMAS GABRIEL CALEL, and CARLOS GEOVANY PONCIO ZARATE, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*, <br><br> Plaintiffs, <br><br> -v- <br><br> SITE 25 RESTAURANT CONCEPTS, LLC d/b/a WEI WEST, and ALAN PHILLIPS, <br><br> Defendants. | **Case No.**: 1:21-cv-08692 (VEC)(BCM) <br><br> **[PROPOSED]** <br> **RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Site 25 Restaurant Concepts, LLC d/b/a Wei West, and Alan Phillips (collectively, "Defendants"), having offered to allow Plaintiffs Tomas Gabriel Calel and Carlos Geovany Poncio Zarate and Opt-in Plaintiffs Benjamin Archaga and Mateo Espinoza (collectively, "Plaintiffs") to take a judgment against them, in the sum of One Hundred Twenty-Five Thousand Dollars and No Cents ($125,000.00), inclusive of all of Plaintiffs' claims for relief, damages, attorney's fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 23, 2022 and filed as Exhibit A to Docket Number 63;

**WHEREAS**, on August 29, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 63);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs allow Plaintiffs Tomas Gabriel Calel and Carlos Geovany Poncio Zarate and Opt-in Plaintiffs Benjamin Archaga and Mateo Espinoza, in the sum of One Hundred Twenty-Five Thousand Dollars and No Cents ($125,000.00), in accordance with the terms and conditions of

Defendants' Rule 68 Offer of Judgment dated August 23, 2022 and filed as Exhibit A to Docket Number 63.

**SO ORDERED:**

Dated: _____, 2022        _____
      New York, New York                                  U.S.D.J.